# EXHIBIT A

**SUMMONS - CIVIL**
JD-CV-1 Rev. 4-16
C.G.S. §§ 51-346, 51-347, 51-349, 51-350, 52-45a,
52-48, 52-259, P.B. §§ 3-1 through 3-21, 8-1, 10-13

**See other side for instructions**

STATE OF CONNECTICUT
**SUPERIOR COURT**
www.jud.ct.gov



☐ "X" if amount, legal interest or property in demand, not including interest and costs is less than $2,500.
☐ "X" if amount, legal interest or property in demand, not including interest and costs is $2,500 or more.
☒ "X" if claiming other relief in addition to or in lieu of money or damages.

TO: Any proper officer; BY AUTHORITY OF THE STATE OF CONNECTICUT, you are hereby commanded to make due and legal service of this Summons and attached Complaint.

| Address of court clerk where writ and other papers shall be filed (Number, street, town and zip code) (C.G.S. §§ 51-346, 51-350) | Telephone number of clerk (with area code) | Return Date (Must be a Tuesday) |
|---|---|---|
| 155 Church Street, Putnam, CT 06260 | ( 860 ) 928-7749 | May 14, 2019 |

| ☒ Judicial District   ☐ G.A. | At (Town in which writ is returnable) (C.G.S. §§ 51-346, 51-349) | Case type code (See list on page 2) |
|---|---|---|
| ☐ Housing Session   Number: | Putnam | Major: M   Minor: 90 |

**For the Plaintiff(s) please enter the appearance of:**

| Name and address of attorney, law firm or plaintiff if self-represented (Number, street, town and zip code) | Juris number (to be entered by attorney only) |
|---|---|
| Matthew Wax-Krell, Esq., Rogin Nassau LLC, 185 Asylum St., 22nd Fl., Hartford, CT 06103-3460 | 050793 |

| Telephone number (with area code) | Signature of Plaintiff (If self-represented) |
|---|---|
| ( 860 ) 256-6300 | |

| The attorney or law firm appearing for the plaintiff, or the plaintiff if self-represented, agrees to accept papers (service) electronically in this case under Section 10-13 of the Connecticut Practice Book. | ☒ Yes  ☐ No | Email address for delivery of papers under Section 10-13 (if agreed to) mwax-krell@roginlaw.com |
|---|---|---|

Number of Plaintiffs: 1    Number of Defendants: 2    ☐ Form JD-CV-2 attached for additional parties

| Parties | Name (Last, First, Middle Initial) and Address of Each party (Number; Street; P.O. Box; Town; State; Zip; Country, if not USA) | |
|---|---|---|
| First Plaintiff | Name: Brennan, Jill A.  Address: 120 Lisbon Road, Canterbury, CT | P-01 |
| Additional Plaintiff | Name:  Address: | P-02 |
| First Defendant | Name: Town of Killingly  Address: 172 Main Street, Killingly, CT 06239 | D-01 |
| Additional Defendant | Name: Hendricks, Sean  Address: 155 Valley Road, Danielson, CT | D-02 |
| Additional Defendant | Name:  Address: | D-03 |
| Additional Defendant | Name:  Address: | D-04 |

## Notice to Each Defendant

1. **YOU ARE BEING SUED.** This paper is a Summons in a lawsuit. The complaint attached to these papers states the claims that each plaintiff is making against you in this lawsuit.
2. To be notified of further proceedings, you or your attorney must file a form called an "Appearance" with the clerk of the above-named Court at the above Court address on or before the second day after the above Return Date. The Return Date is not a hearing date. You do not have to come to court on the Return Date unless you receive a separate notice telling you to come to court.
3. If you or your attorney do not file a written "Appearance" form on time, a judgment may be entered against you by default. The "Appearance" form may be obtained at the Court address above or at www.jud.ct.gov under "Court Forms."
4. If you believe that you have insurance that may cover the claim that is being made against you in this lawsuit, you should immediately contact your insurance representative. Other action you may have to take is described in the Connecticut Practice Book which may be found in a superior court law library or on-line at www.jud.ct.gov under "Court Rules."
5. If you have questions about the Summons and Complaint, you should talk to an attorney quickly. **The Clerk of Court is not allowed to give advice on legal questions.**

| Signed (Sign and "X" proper box)  *M. Wax-Krell* | ☒ Commissioner of the Superior Court  ☐ Assistant Clerk | Name of Person Signing at Left  Matthew Wax-Krell | Date signed  04/18/2019 |
|---|---|---|---|

| If this Summons is signed by a Clerk: | For Court Use Only |
|---|---|
| a. The signing has been done so that the Plaintiff(s) will not be denied access to the courts.  b. It is the responsibility of the Plaintiff(s) to see that service is made in the manner provided by law.  c. The Clerk is not permitted to give any legal advice in connection with any lawsuit.  d. The Clerk signing this Summons at the request of the Plaintiff(s) is not responsible in any way for any errors or omissions in the Summons, any allegations contained in the Complaint, or the service of the Summons or Complaint. | File Date |

| I certify I have read and understand the above: | Signed (Self-Represented Plaintiff) | Date | Docket Number |
|---|---|---|---|

(Page 1 of 2)

## Instructions

1. Type or print legibly; sign summons.
2. Prepare or photocopy a summons for each defendant.
3. Attach the original summons to the original complaint, and attach a copy of the summons to each copy of the complaint. Also, if there are more than 2 plaintiffs or more than 4 defendants prepare form JD-CV-2 and attach it to the original and all copies of the complaint.
4. After service has been made by a proper officer, file original papers and officer's return with the clerk of court.
5. Do not use this form for the following actions:

   (a) Family matters (for example divorce, child support, custody, paternity, and visitation matters)
   (b) Summary Process actions
   (c) Applications for change of name
   (d) Probate appeals
   (e) Administrative appeals

   (f) Proceedings pertaining to arbitration
   (g) Any actions or proceedings in which an attachment, garnishment or replevy is sought
   (h) Entry and Detainer proceedings
   (i) Housing Code Enforcement actions

### ADA NOTICE

The Judicial Branch of the State of Connecticut complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation in accordance with the ADA, contact a court clerk or an ADA contact person listed at *www.jud.ct.gov/ADA*.

## Case Type Codes

| Major Description | Codes Major/Minor | Minor Description |
|---|---|---|
| Contracts | C 00 | Construction - All other |
| | C 10 | Construction - State and Local |
| | C 20 | Insurance Policy |
| | C 30 | Specific Performance |
| | C 40 | Collections |
| | C 90 | All other |
| Eminent Domain | E 00 | State Highway Condemnation |
| | E 10 | Redevelopment Condemnation |
| | E 20 | Other State or Municipal Agencies |
| | E 30 | Public Utilities & Gas Transmission Companies |
| | E 90 | All other |
| Miscellaneous | M 00 | Injunction |
| | M 10 | Receivership |
| | M 20 | Mandamus |
| | M 30 | Habeas Corpus (extradition, release from Penal Institution) |
| | M 40 | Arbitration |
| | M 50 | Declaratory Judgment |
| | M 63 | Bar Discipline |
| | M 66 | Department of Labor Unemployment Compensation Enforcement |
| | M 68 | Bar Discipline - Inactive Status |
| | M 70 | Municipal Ordinance and Regulation Enforcement |
| | M 80 | Foreign Civil Judgments - C.G.S. 52-604 & C.G.S. 50a-30 |
| | M 83 | Small Claims Transfer to Regular Docket |
| | M 84 | Foreign Protective Order |
| | M 90 | All other |
| Housing | H 10 | Housing - Return of Security Deposit |
| | H 12 | Housing - Rent and/or Damages |
| | H 40 | Housing - Audita Querela/Injunction |
| | H 50 | Housing - Administrative Appeal |
| | H 60 | Housing - Municipal Enforcement |
| | H 90 | Housing - All Other |

| Major Description | Codes Major/Minor | Minor Description |
|---|---|---|
| Property | P 00 | Foreclosure |
| | P 10 | Partition |
| | P 20 | Quiet Title/Discharge of Mortgage or Lien |
| | P 30 | Asset Forfeiture |
| | P 90 | All other |
| Torts (Other than Vehicular) | T 02 | Defective Premises - Private - Snow or Ice |
| | T 03 | Defective Premises - Private - Other |
| | T 11 | Defective Premises - Public - Snow or Ice |
| | T 12 | Defective Premises - Public - Other |
| | T 20 | Products Liability - Other than Vehicular |
| | T 28 | Malpractice - Medical |
| | T 29 | Malpractice - Legal |
| | T 30 | Malpractice - All other |
| | T 40 | Assault and Battery |
| | T 50 | Defamation |
| | T 61 | Animals - Dog |
| | T 69 | Animals - Other |
| | T 70 | False Arrest |
| | T 71 | Fire Damage |
| | T 90 | All other |
| Vehicular Torts | V 01 | Motor Vehicles* - Driver and/or Passenger(s) vs. Driver(s) |
| | V 04 | Motor Vehicles* - Pedestrian vs. Driver |
| | V 05 | Motor Vehicles* - Property Damage only |
| | V 06 | Motor Vehicle* - Products Liability Including Warranty |
| | V 09 | Motor Vehicle* - All other |
| | V 10 | Boats |
| | V 20 | Airplanes |
| | V 30 | Railroads |
| | V 40 | Snowmobiles |
| | V 90 | All other |
| | | *Motor Vehicles include cars, trucks, motorcycles, and motor scooters. |
| Wills, Estates and Trusts | W 10 | Construction of Wills and Trusts |
| | W 90 | All other |

| | | |
|---|---|---|
| RETURN DATE: MAY 14, 2019 | : | SUPERIOR COURT |
| | : | |
| JILL A. BRENNAN | : | JUDICIAL DISTRICT OF |
| *Plaintiff* | : | WINDHAM |
| | : | |
| VS. | : | AT PUTNAM |
| | : | |
| TOWN OF KILLINGLY & | : | |
| SEAN HENDRICKS | : | |
| *Defendants* | : | APRIL 18, 2019 |

## COMPLAINT

**Introduction**

1. The Plaintiff is an individual residing at 120 Lisbon Road, Canterbury, CT.

2. The defendant Town of Killingly is a municipal corporation organized and existing under the laws of the State of Connecticut.

3. The defendant Sean Hendricks is an individual residing at 155 Valley Road, Danielson, Connecticut.

4. On or about December 20, 2017, Plaintiff applied to the Town of Killingly, CT for the position of Assistant Town Manager.

5. Under the Town Charter, the Assistant Town Manager is appointed by the Town Manager with the advice and consent of the Town Council.

6. At all relevant times, defendant Sean Hendricks was the Town Manager of the Town of Killingly.

7. Upon information and belief, approximately 11 applications were received for the position.

W:\L.Wise\Brennan, Jill A\Superior Court Case (17457-02)\Pleadings\Complaint 4-18-19.docx

**ROGIN NASSAU LLC • ATTORNEYS AT LAW**
CITYPLACE I • HARTFORD, CONNECTICUT 06103-3460 • (860) 256-6300 • JURIS NO. 050793

8. Plaintiff was one of four applicants who were selected for the first round of interviews conducted by a four-person panel (the "Panel"). The Panel then selected three of the four candidates for a second round of interviews to be conducted by the Personnel Subcommittee of the Town Council (the "Subcommittee").

9. The three candidates selected for the second round of interviews were: Kayla Burgess, Paul Hopkins and Plaintiff.

10. Following the interviews, the Subcommittee determined that Paul Hopkins and Plaintiff were the strongest candidates.

11. The Subcommittee agreed to support the Town Manager's selection of either candidate.

12. The Town Manager selected Paul Hopkins rather than the Plaintiff, which selection was ratified by the Town Council on or about February 13, 2018.

13. Upon information and belief, Mr. Hendricks selected Mr. Hopkins because he preferred to have a male as his Assistant Town Manager.

14. Prior to, or during, the selection process, the Town Manager had received a sexual harassment complaint against Mr. Hopkins from a female Killingly resident who served on a Killingly board and who worked for a company which served as a consultant to the Town.

15. The Town Manager not only failed to investigate the complaint, or cause it to be investigated, he also failed to inform the Panel, the Subcommittee, or the Town Council of the harassment complaint.

W:\L.Wise\Brennan, Jill A\Superior Court Case (17457-02)\Pleadings\Complaint 4-18-19.docx

**ROGIN NASSAU LLC** • ATTORNEYS AT LAW
CITYPLACE I • HARTFORD, CONNECTICUT 06103-3460 • (860) 256-6300 • JURIS NO. 050793

16. On or about February 20, 2018, the harassment victim again brought her complaint to Mr. Hendricks, but no investigation was conducted.

17. On or about March 19, 2018, the harassment victim's employer sent a letter to Mr. Hendricks regarding the alleged harassment, demanding that the conduct stop.

18. On or about June 7, 2018, the harassment victim filed several complaints with the Commission on Human Rights and Opportunities against the Town, Mr. Hopkins, and Mr. Hendricks.

19. Upon information and belief, the complaints are still pending.

20. Mr. Hendricks failed to investigate the above-referenced sexual harassment claim against Mr. Hopkins or cause them to be investigated promptly, because he was afraid that such investigation would make it difficult, if not impossible, for the Town to hire Mr. Hopkins instead of the Plaintiff.

21. Mr. Hendricks failed to inform the Town Council of the above-referenced sexual harassment claims because he was afraid that such investigation would make it difficult, if not impossible, for the Town to hire Mr. Hopkins instead of the Plaintiff.

22. On or about July 25, 2018, Plaintiff filed a Complaint with the Connecticut Commission on Human Rights and Opportunities ("CHRO"), alleging gender discrimination against the Town of Killingly and Mr. Hendricks.

23. On or about January 29, 2019, the CHRO granted Plaintiff a Release of Jurisdiction, allowing Plaintiff to file this lawsuit.

W:\L.Wise\Brennan, Jill A\Superior Court Case (17457-02)\Pleadings\Complaint 4-18-19.docx

**ROGIN NASSAU LLC** • ATTORNEYS AT LAW
CITYPLACE I • HARTFORD, CONNECTICUT 06103-3460 • (860) 256-6300 • JURIS NO. 050793

**COUNT ONE:**

1-23.   The allegations of paragraphs 1-23 of the Introduction are incorporated herein by reference as if set forth at length.

24.   The plaintiff was treated differently during the hiring process based upon her sex/gender.

25.   The plaintiff was not hired based upon discrimination as a result of her sex/gender.

26.   The plaintiff was severely and adversely affected by the defendant's conduct in the hiring process, and the defendant's failure to ensure that the discriminatory conduct did not occur.

27.   The plaintiff suffered damages as a result of the discrimination.

28.   In light of the foregoing, the selection of Mr. Hopkins over the Plaintiff for the position of Assistant Town Manager constituted discrimination based upon sex/gender in violation of Title VII of the Civil Rights Act of 1964, specifically 42 U.S.C. §2000e-2.

**COUNT TWO:**

1-23.   The allegations of paragraphs 1-23 of the Introduction are incorporated herein by reference as if set forth at length.

25.   The plaintiff was treated differently during the hiring process based upon her sex/gender.

26.   The plaintiff was not hired based upon discrimination as a result of her sex/gender.

27.   The plaintiff was severely and adversely affected by the defendant's conduct in the hiring process, and the defendant's failure to ensure that the discriminatory conduct did not occur.

28.   The plaintiff suffered damages as a result of the discrimination.

W:\LWise\Brennan, Jill A\Superior Court Case (17457-02)\Pleadings\Complaint 4-18-19.docx

**ROGIN NASSAU LLC**  •  ATTORNEYS AT LAW
CITYPLACE I  •  HARTFORD, CONNECTICUT  06103-3460  •  (860) 256-6300  •  JURIS NO. 050793

29.     In light of the foregoing, the selection of Mr. Hopkins over the Plaintiff for the position of Assistant Town Manager constituted discrimination based upon sex/gender in violation of Conn. Gen. Stat. §46a-60.

**WHEREFORE**, the plaintiff claims

1.  Damages;

2.  Attorney's fees and costs; and

3.  Such other relief as the court may deem appropriate.

PLAINTIFF
JILL BRENNAN

By *M. Wax-Krell 425290*
Lewis K. Wise, Esq. [370729]
Matthew T. Wax-Krell [425290]
Rogin Nassau, LLC [050793]
185 Asylum Street, 22nd Floor
Hartford, CT 06103
Phone (860) 256-6300/Fax (860) 278-2179
lwise@roginlaw.com
mwax-krell@roginlaw.com

W:\LWise\Brennan, Jill A\Superior Court Case (17457-02)\Pleadings\Complaint 4-18-19.docx

**ROGIN NASSAU LLC** • ATTORNEYS AT LAW
CITYPLACE I • HARTFORD, CONNECTICUT 06103-3460 • (860) 256-6300 • JURIS NO. 050793

| | | |
|---|---|---|
| **RETURN DATE: MAY 14, 2019** | : | **SUPERIOR COURT** |
| | : | |
| **JILL A. BRENNAN** | : | **JUDICIAL DISTRICT OF** |
| *Plaintiff* | : | **WINDHAM** |
| | : | |
| **VS.** | : | **AT PUTNAM** |
| | : | |
| **TOWN OF KILLINGLY &** | : | |
| **SEAN HENDRICKS** | : | |
| *Defendants* | : | **APRIL 18, 2019** |

## STATEMENT OF AMOUNT IN DEMAND

The amount, legal interest or property in demand is Fifteen Thousand Dollars or more, exclusive of interest and costs.

                                                    PLAINTIFF
                                                    JILL BRENNAN

By *[signature]* 425290
Lewis K. Wise, Esq. [370729]
Matthew T. Wax-Krell [425290]
Rogin Nassau, LLC [050793]
185 Asylum Street, 22nd Floor
Hartford, CT 06103
Phone (860) 256-6300/Fax (860) 278-2179
lwise@roginlaw.com
mwax-krell@roginlaw.com

- 6 -